IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Notice of Voluntary Dismissal without Prejudice, dkt. 7. JPH, 2/8/2021 Distribution via ECF

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) No. 1:21-cv-155-JPH-MPB |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CARRERA PLASTER RESTORATION LLC, a Missouri domestic limited liability company, | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendants, CARRERA PLASTER RESTORATION LLC without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/ Donald D. Schwartz
Donald D. Schwartz
Attorney for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438